UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   **14-CV-61472-DIMITROULEAS/SNOW**

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

14-CV-61472-DIMITROULEAS/SNOW

FILED by _____ B.C.

JUN 26 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

*EEOC Case # 510201305156*

_Martha Mae Edgerton_

(Write the full name of the plaintiff)

vs. _City of Plantation_

_____

_____

_____

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I.  Party Information

**A.** Plaintiff: _Martha Mae Edgerton_

Address: _640 SW 3 Street, Hallandale, FL 33009_

Inmate/Prison No.: _____

*Year* of Birth: _1966_   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: _Jeffrey Jones_   Defendant: _Robert Krogman_

Official Position: _Superintendent_   Official Position: _Foremen/Water_

Place of Employment: _City of Plantation_   Place of Employment: _City of Plantation_

(Write the full name of each defendant, official position and place of employment.  Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not inlude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am a black women hired 3/11/2013 for the utilities Maintenance Department as an Office Assitant I was subjected daily to offensive unwelcomed sexual comments, frequent excessive cursing and repulsive sexual advances. After I reported feeling uncomfortable about what was happening to management a staff meeting was held to address the situation, and uphold workplace professionalism and ethics, my enviroment is very hostile to me. I was harassed, retaliated against, sexual advances continued, racial remarks increased, cursing worse and I was aggressively confronted by formen and crew member.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) Award maximum recovery for Compensatory and Punitive Damages: a) Sex Discrimination
   b) Retaliation
   c) Race
   d) Constructive Discharge
   e) Harassment

2) Award Emotional Distress Damages.

3) Award Front Pay

4) Policy Change — Hire Black females at Fire Department.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EEOC Case #510201305156

Martha Mae Edgerton

vs.

City of Plantation

**STATEMENT OF CLAIM – ATTACHMENT 1 of 3**

1)   Jeffrey Jones – Superintendent:

3/12/13 - 9/4/13   Engaged in extreme profanity with the foremen and field crew in front office.

3/12/13 - 9/4/13   Sexual explicit derogatory comments in the front office.

3/26/13   "she can suck my dick" reported.

8/12/13   "it looks like you are dicking around, you're dicking around Glen".


Racial discrimination remarks and comments in the front office

9/4/13   "The founding fathers paved the way for people in this country".  Call me a slave. (Asst. Director was present)

7/24/13   "I can use you to free up time from me, Jason and the foremen from marking up blueprints and concepts drawings". (upon learning I have drafting training)

8/24/13   "breaks are at my discretion"

5/6/13   Told to work interm in advanced accounting position for a different department (same Salary), while performing original full job duties.


Hostilities and Intimidation in the front office

8/27/13   "let's finish up here so she can get her ass out of here".  When cautioned by the Supervisor, JJ replied "I don't care Chuck knows how I am"

7/24 - 8/1/13   Pressured to complete mark-up concept drawings for City excavations and construction work.

9/3/13   "we interviewed a good one who said she can curse with the best of us" (Asst. Director was present)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EEOC Case #510201305156

Martha Mae Edgerton

Vs.

City of Plantation

**STATEMENT OF CLAIM – ATTACHMENT 2**

2)  Robert Krogman – Foremen/Water:

3/12/13 – 9/4/13   Engaged in extremely vulgar profanity with utilities staff in the front office.

Repeatedly made racial remarks in the front office.

7/16/13   "Trayvon Martin deserved what he got.  He is a criminal.  He is much taller than Zimmerman".

7/16/13   Where is the National Guard to remove the people" (reacting to protesters on tv)

Asked me why black men don't raise their children.

3/12 – 9/4/13   Sexual remarks in the front office

Called me to his cubicle to look at bikini pin up and said "this is my wife" referring to her breast.  I told him I do not have time for that.

3/28/13 – 9/4/13   Hostilities,Threats and Intimidation in the front office

8/19/13   Confronted me at the copier and aggressively physically snatched papers from my hands.

8/27/13   "she should get off her lazy ass, she sits at the desk too damn much".

3)  Richard (Rich) – Water Plant :

3/12 – 9/4/13   Engaged in explicit extreme profanity with utilities staff in the front office.

Sexual advances and sexual comments

8/8/13   "I could French you" (wagging his tongue at me)

7/16/13   Left me a rosemary plant and later told me I had to date him.

4)  Mike Porter – Foremen/Sanitation :

Hostilities,Threats and Intimidation in the front office

7/15/13   "hurry-up and take care of this" (his assigned Morning Report) and tossed me his computer log-in credentials.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EEOC Case #510201305156

Martha Mae Edgerton

Vs.

City of Plantation

**STATEMENT OF CLAIM – ATTACHMENT 3**

5) John Harris – Crew Member:

3/28/13 – 9/4/13   Hostilities,Threats and Intimidation in the front office

7/15/13   Instigated a hostile controntation twice by skipping protocol to have vacation request pre-approved by his supervior.

7/15/13   "your boss said give you this"

7/23/13   I asked the superintendent to meet with JH after the second hostile incident.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

EEOC Case #510201305156

Martha Mae Edgerton

vs.

City of Plantation

## II.  Statement of claim – Why relief requested should be granted

I believe I have been egregiously discriminated against, retaliated against and harassed because of my sex and race in violation of the Title VII Civil Rights Act of 1964.

_____

_____

**IV.  Jury Demand**

Are you demanding a jury trial?        ✓ Yes        ____ No

Signed this ___26th___ day of ___June___, 20_14_

_____
                                                    Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
                                                    Signature of Plaintiff



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2013  6083

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

May 27, 2014

Ms. Martha M. Edgerton
640 SW 3rd Street
Hallandale Beach, FL  33009

Re:  EEOC Charge Against City of Plantation
     No. 510201305156

Dear Ms. Edgerton:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since the date
the Commission assumed jurisdiction over the charge, and no suit based
thereon has been filed by this Department, and because you have
specifically requested this Notice, you are hereby notified that you have
the right to institute a civil action under Title VII of the Civil Rights
Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named
respondent.

If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.  If
you cannot afford or are unable to retain an attorney to represent you,
the Court may, at its discretion, assist you in obtaining an attorney.  If
you plan to ask the Court to help you find an attorney, you must make this
request of the Court in the form and manner it requires.  Your request to
the Court should be made well before the end of the time period mentioned
above.  A request for representation does not relieve you of the
obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC
Miami District Office, Miami, FL.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Jocelyn Samuels
Acting Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Miami District Office, EEOC
    City of Plantation



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2013 6083

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

May 27, 2014

Ms. Martha M. Edgerton
640 SW 3rd Street
Hallandale Beach, FL  33009

Re:  EEOC Charge Against City of Plantation
     No. 510201305156

Dear Ms. Edgerton:

    Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since the date
the Commission assumed jurisdiction over the charge, and no suit based
thereon has been filed by this Department, and because you have
specifically requested this Notice, you are hereby notified that you have
the right to institute a civil action under Title VII of the Civil Rights
Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named
respondent.

    If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.  If
you cannot afford or are unable to retain an attorney to represent you,
the Court may, at its discretion, assist you in obtaining an attorney.  If
you plan to ask the Court to help you find an attorney, you must make this
request of the Court in the form and manner it requires.  Your request to
the Court should be made well before the end of the time period mentioned
above.  A request for representation does not relieve you of the
obligation to file suit within this 90-day period.

    The investigative file pertaining to your case is located in the EEOC
Miami District Office, Miami, FL.

    This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                        Jocelyn Samuels
                  Acting Assistant Attorney General
                     Civil Rights Division

                  by

                     Karen L. Ferguson
                  Supervisory Civil Rights Analyst
                  Employment Litigation Section

cc: Miami District Office, EEOC
    City of Plantation



# U.S. Equal Employment Opportunity Commission
## Miami District Office

Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131
(305) 808-1740
TTY (305) 808-1742
Fax: (305) 808-1855

Respondent: CITY OF PLANTATION
EEOC Inquiry No.: 510-2013-05156

November 13, 2013

Martha M. Edgerton
640 S. W. 3rd Street
Hallandale, FL 33009

Dear Ms. Edgerton:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)   Review the enclosed charge form.

(2)   Sign and date the charge in the bottom left hand block where I have made an "X".

(3)   Return the signed charge to this office.

These steps are necessary if you wish to file a charge.  No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to Florida Commission On Human Relations 2009 Apalachee Parkway Suite 100 Tallahassee, FL 32301 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2013-05156 |

**Florida Commission On Human Relations** _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Martha M. Edgerton** | Home Phone *(Incl. Area Code)*<br>**(786) 349-8786** | Date of Birth<br>**11-15-1966** |
|---|---|---|

| Street Address<br>**640 S. W. 3rd Street, Hallandale, FL 33009** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**CITY OF PLANTATION** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(954) 797-2200** |
|---|---|---|

| Street Address<br>**400 N.W. 73rd Avenue, Plantation, FL 33317** | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-26-2013**   Latest **09-04-2013**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a black female. I was subjected to harassment based on my sex and race during my employment with the Respondent. I was retaliated against and constructively discharged for reporting the harassment.

I was hired by the Respondent on March 11, 2013. I was subjected to offensive and unwelcome frequent cursing in the open reception area that envelops my desk. The Superintendent and Foremen engaged in extremely excessive vulgar conversations with the crew members. Because the Superintendent and Foremen did not take any corrective action, I reported the situation to JoAnne Williams, Principal Office Assistant – Utilities Department. Thereafter, I was informed that management had meet with everyone about office etiquette and professionalism and apologized for not addressing the matter much sooner. However, it was decided that I would arrive to work 15 minutes later than usual, 8:15 instead of 8:00 A.M. After management's addressed the situation with the crew members, I was subjected to a lot of tension, marked hostility and resentment from some of the field crew. Further, because of my complaints about the unwelcome sexual advances and ongoing profanity, the work environment became hostile, and intimidation has increased towards me. It is important to note that the offensive and unwelcome comments with sexual overtones and profanity recurred after Respondent addressed the issue. For example, Richard (LNU) said to me that "I could french you" (wagging his tongue), among others. Moreover, Foreman Krogman made several derogatory remarks about the Travon Martin's verdict while watching TV in the conference room. The superintendent also mentioned to me that "the founding fathers (masters) paved the way for people in this country", which made me feel like he was calling me a slave. The environment was so hostile because of intolerable working conditions that I felt compel to resign on September 4, 2013.

I believe I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *Nov. 15, 2013*  x *Martha Mae Edgerton*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 S E 2nd St., Suite 1500
Miami, FL 33131
(305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1855

April 8, 2014

Martha M. Edgerton
640 S. W. 3rd Street
Hallandale, FL 33009

Re:   Martha M. Edgerton vs. City of Plantation
      EEOC Charge No. 510-2013-05156

Dear Martha M. Edgerton:

Per your request, enclosed please find the attorney referral list.

If you have any questions, please feel free to contact me at (305) 808-1819 Monday through Thursday between the hours of 8:00 a.m. and 3:00 p.m.

Sincerely,

Edras Regisme
Federal Investigator
EEOC Miami District Office



**U.S. Equal Employment Opportunity Commission**
**Miami District Office**

Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131
(305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1855
1-800-669-4000

Respondent: CITY OF PLANTATION
EEOC No: 510-2013-05156

Martha M. Edgerton
640 S. W. 3rd Street
Hallandale, FL 33009

Dear Ms. Edgerton:

The Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (305) 808-1740.

On behalf of the Commission:

APR 1 4 2014
_____
Date

_____
Malcolm S. Medley
Director

## EEOC COMPLAINT

EMPLOYER:   City of Plantation
     400 NW 73 Avenue
     Plantation, FL 33317
     (954) 797-2200

My Direct Supervisor:  Jeffrey Jones,  Superintendent
         Utilities Maintenance Department

Plant Supervisor:  Jason Dorman, Water Distribution

Foremen:     Robert Krogman, Water Meters
        Mike Porter, Sewer Collection

37 Utilities Maintenance employees:   27 white / 3 black / 1 Asian / 4 Hispanic

(2) Part-time Office Assistants:   1 white / 1 black

   Victoria Kassner (Rear desk) – *Hired 8/2012 – 8/16/2013*: work hours: 11:00 AM – 4 PM

      (Track eight (8) truck/fleet:   Record driver employee number, vehicle ID, mileage hours, purpose, rate, employee overtime hours and parts ordered, if any, via data entry.)  See HANSEN WORK ORDERS attached.

   Martha Mae Edgerton (Front desk) - *Hired 3/11/2013 – 9/4/2013*:  work hours:  8 AM – 1 PM

      (Greet visitors, answer phones, secretary to the superintendent,  prepare Director's morning report of overnight emergencies involving sewer main breaks, water distribution, meter leaks shut off/on , compose correspondence, complete weekly emergency on-call schedule and advanced worker schedule, post flyers, attendance, maintain employee and department files, update records,  process, post and distribute mail, order office supplies, order crew uniforms, create and update database/spreadsheets (employee records, budget, vehicles,) department liaison to other departments, business and the public.)

---

I am a 46-year-old African American female.

The Superintendent's office is in the reception area and has a separate window with a direct view of the only door, his office desk 10 feet directly behind my desk chair.

I learned the second day on the job that the office doubled as the field crew quarters. Field crew members meet every morning in the reception/office area to receive their assignments, discuss insurance benefit, overnight emergencies, and announcements.

Daily frequent excessive cursing in the open reception area that envelops my desk.   The superintendent and foremen Robert Krogman and would engage in excessive extremely vulgar conversations with crew members, and would not tell utilities maintenance crew to refrain from profanity in the reception office and workplace.

I am offended by his deliberate ongoing choice of unacceptable words I reported to JoAnne Williams, Principal Office Assistant – Utilities Department, that I was offended by the excessive profanity in the office and I did not know what to do because the Superintendent curse himself and engage with other employees from his office.  JW said she would report it the Plant Supervisor.  JoAnne phoned Jason Dorman (JJ absent) who then contacted the Superintendent.

Upon returning to work, Mr. Jones told me had meet with everyone about office etiquettes and professionalism and apologized for not addressing the matter sooner. It was decided  that I would arrive 15 minutes later to allow the sanitation, water and meter field crew members to converse casual and uninhibited, while they  wait to receive  their work orders and assignments from the Superintent and their respective foreman.

Since discussion with crew members there is a lot of tension, marked hostility and resentment from some of the field crew and because of my complaints about the unwelcome sexual advances and ongoing profanity, the work environment has become hostile towards and intimidation has increased towards me.

**SEX DISCRIMINATION: HARRASSMENT**

3/26/2013:  I Reported feeling uncomfortable about excessive cursing and sexual comments to Joanne Williams, who contacted Jason Dorman (Supervisor.)  Who then notified the superintendent.

3/28/2013:  Upon my return to work, Superintendent informed me he had a staff meeting with field crew members and foremen and that there would no longer be obscenities in the office.  I informed JJ that employee walked behind my desk said "she can suck my dick" to another employee while exiting the door, I told them I did not want to hear that go on out the door with that.

- Jeff said he would make sure sexual overtones and profanity will not be tolerated in the office, and promised to take care of it.

8/8:   Richard (Rich) – After talking with Victoria Kassner, Richard walking towards to door turned to me a said "I could french you (wagging his tongue." I screamed to him to get out and that I was done with him.  JJ in his office, and VK at her desk.

8/12/13:  Superintendent was irate that Glenn (crew member) inaccurately reported the time of an emergency force main break called in by a resident, and had not completed the mileage section on the report form.  Superintendent yelled to Glen, "It looks like you were just dicking around, you're dicking around Glen".   Present in his office were crew members Jeff Raymond, John McPherson, and Glenn.  I felt so sick I had to go to the restroom for a few minutes.

**RACE DISCRIMINATION:  WORK SITUATION/HARRASSMENT/EMPLOYER PRACTICES:**

5/6/2013:  Served as interim for assistant accounting/purchasing clerk Debbie McKeever while on medical leave, but still perform all assignments for Utilities Maintenance

7/15/13: Mike Porter (foreman) morning report had some inaccuracies, I asked him to verify his report before so I could send the final version to the Director by 8:30 A.M. as required.  MP told me he was going with superintendent, returned 5-minutes later to my desk in the reception area and placed a slip of paper on my desk with his computer log-in credentials and told me to hurry up and take care of it (his morning report); Superintendent was at the reception counter talking to me when MP came up behind me and did this.   Superintendent said nothing, and turned around and walked out the door with MP in tow. MP apologized to me upon returning to the office a few hours later.

7/15/2013:  John Harris (field crew) skipped protocol and left a vacation request form on my desk to be calendared.  I called JH twice only to be ignored by him until fellow crew member (Jim Bean) got his attention and told him to follow the procedure.  I reminded JH that the form needed to be approved by his foreman (Jason) before I can calendar it.   JH then told a listening Jason "your boss said give this to you." Jason (Supervisor) did not comment, but returned the signed and approved vacation form to me for the calendar and payroll purposes.   Paul Fung Chung was also a witness standing at the front counter at my desk.

7/10/13:  Informed JJ in writing (email) that I needed to take time off on 7/18 and 7/19.   He asked me to complete an Authorization to Leave form for full-time staff although paid leave does not apply to part-time employment.   (Attached)

7/16/13:  Foreman Krogman makes comments about Travon Martin verdict in conference room while watching t.v. "Travon Martin deserved what he got.  He is a criminal.  He is much taller than Zimmerman.  While watching protests on the news says "where's the National Guard."  Foreman Porter was also in the conference room.

7/23/2013:  JH skipped protocol again to instigate a confrontation with me and left his unapproved vacation request form on top of my keyboard.  I informed Superintendent of repeated incident and asked him to speak with John Harris.  Jeffrey Jones said he would have a talk with him to remind him to follow long established procedures.

7/24/13:  Upon showing JJ my Electrical Drafting diploma for future full-time employment, JJ gave me Plantation GIS "mark-up" assignments.  JJ told me he would like to use me to mark-up concept drawing for engineering firms performing excavations and construction in the city.   "That I could help free up time from him, Jason and the foremen from marking up prints and drawings."

7/26/2013: Applied for Principal Office Assistant - Fire Department.  (POA position is one (1) level higher than my current position as office assistant.)   Selected for interview, but received phone call advising not selected for position. NO AFRICAN AMERICAN FEMALES ARE EMPLOYED WITH THE CITY OF PLANTATION FIRE DEPARTMENT.

3 of 5

- 8/16/2013 Clerical test administered before interview.  Interviewed for Fire Department advanced clerical position, but not hired.  NO BLACK FEMALES EMPLOYED AT THE CITY OF PLANTATION FIRE DEPARTMENT

- 8/22/2013 After second interview dates had been scheduled for three applicants to replace VK vacated position.   Told by Superintendent to add the employment application of a relative of a fire captain (employed at same station where I interviewed for POA) "as a favor."  "We owe him."

8/19/13:  Foreman Krogman confronted me in the workstation area and snatched paper from my hand at Xerox machine and reviewed it (after I told him it belonged to me.)  After looking at my letter, he looked to me and said "I thought I printed my document."  There is only one shared copier/printer in office.

8/26/2013:  JJ asked me to stay 15 minutes later because I was coming in at 8:15 instead of 8:00 A.M.  I reminded JJ of our meeting and mutual agreement after I reported the first vulgar and sexual incident.

- JJ told me "you are really not entitled to take a 15 minute break and part-timers are supposed to work straight through for five (5) hours.   I mentioned to JJ that JoAnne said prior part-time office assistants that worked 5 hours took a 15 minute break.  JJ replied yes, but they received breaks at his discretion.  I asked him about VK taking breaks and he said I can eat in the conference room also.

- JoAnne Williams, Principal Office Assistant, Utilities, JW suggested I take a 15 minute break like all prior part-time office assistant have including Victoria Kassner.  And encouraged me to take a break since I work five hours a day.

- Victoria Kassner often left through the security gates at the Plant within 30 minutes of arriving for lunch break, and then whenever she returned with her lunch, would join JJ and RK in the conference room to eat and watch TV for an additional 30 minutes.

- JJ advised me to revert back to the 8:00 A.M. START TIME, and that he would "stand at my desk" to make sure none the field crew reporting for morning orders in the office "use profanity or hang over the counter. " I told him I feel uncomfortable with that approach because it would be the second time he spoke on the excessive use of profanity in the small office.

8/27/2013:  8:25 A.M. – JJ took call from Director (Chuck Flynn) regarding meeting with Carollo firm in CF office in a couple hours. While he was going over the morning report information and also the day's work orders with the Jason and RK and MP in his office with door open.   After ending the call with CF, JJ uttered loudly "let's finish up here so she can get her ass out of here.  Jason Dorman immediately cautioned JJ.   Superintendent replied "I do not care Chuck knows how I am."

- 10:45 A.M. – Foreman Krogman goes into Jeff Jones' office with John McPherson and Jim Bean to meet with the supervisor (Jason) reviewing blue prints.  With the door open, Forman Krogman is various explicit profanity words, and then says "she should get off her lazy ass.  She sits at the desk too damn much." (JD told Foremen Krogman to "Watch it, stop using that language."

4 g 5

9/3:   While standing in the office at Jason Dorman's cubicle (behind my desk,) Jeff Jones with Steve Urich (Assistant Director – Utilities) says "we interviewed at good one who said she can curse with the best of us."

9/4/13:   Superintendent walked behind me and remarked that "the founding fathers (masters) paved the way for people in this country."  He made me feel like he was calling me a slave.

I cannot perform my duties with the increasing inappropriate conduct, intimidation and offensive working environment so I felt forced to resign.

Yours sincerely,

*Martha Mae Edgerton*

Martha Mae Edgerton
640 SW 3 Street
Hallandale Beach, FL 33009
(786) 349-8786

Copied:

Office of Justice Programs/EEO
U.S. Department of Justice
810 Seventh Street NW
Washington, DC 20531

*Victoria Kassner*

# HOW TO ENTER HANSEN WORK ORDERS
(Enter the appropriate fields)

On Left Bar hit Create Work Order:

Choose Utilities (hit plus sign)

Under Activities:  Choose:   Collections
                                  Distribution
                                  Water Meters

Then hit:                      R/M Meters etc.

Hit NEXT Key (on top)

Work Type:              (S or Backcharge)

Asset:                   R/M Water Main or make appropriate choice

Address:               Insert street # _____ then hit arrow by key to get street

(*NOTE*) If address cannot be found, first check with service worker to verify address. If address is correct, send an email to Jenna Gottlieb. She will enter address into Hansen (Process work order in file pending address to be entered into Hansen)

Work Order Instructions:  (enter hand-written comments)

Requesting Dept:  UTILITIES                Priority:  4 (always)

Hit NEXT key (on top)

DATE:  Choose "started" date on calendar: then hit Save Button.  A work order number will be issued.

Write work order # on TOP RIGHT on paper work order and indicate whether you are going to close work order **_OR_** if it has parts then you assign it to Traci #055418 indicate the day you are entering W/O. (i.e. Closed 1/1/12 or Assign to Traci 1/1/12).

Click on Work order # to proceed.

1

Choose Resource  Usage

Select Usage Type- LABOR (Repeat for each employee)

       LABOR: employee # (always place a 0 in front of Emp #)
       HOURS WORKED: enter hours from work order
       PAY TYPE: Reg or OT
       (REG on white work order/OT will be on a pink work order sheet)
       Hit ADD USAGE (this will save information)

Select Usage Type - VEHICLE (if trailer used enter under fleet)(Repeat for each vehicle)

       VEHICLE ID: truck # (must be 5 digits, if not add 0's in front of #)
       VEHICLE USAGE: enter hours from work order
       RATE:  most trucks $30 (refer to Back Charge Equipment Cost sheet)
       Hit ADD USAGE (this will save information)


If there are part numbers, enter them in comment section:
       DESCRIPTION, PART #, SITE AND QUANTITY

Hit UPDATE

       Summary Section (left side) - Quick link- add resource and usage
       Summary Section (left side) - If there are parts assign W/O to Traci (#055418)

If there are various addresses listed on the hand written work order then go to:
       Update location (right side)
       Location Information:  type in various addresses

If item is a Backcharge you must type – BACKCHARGE-YES- Replacing Register and
Transmitter (1") $165.71 (whatever description applies).

Hit UPDATE

If there are not parts you click on Close Now.  To double check your work, left column
you will see information, location, resource usage and comments.  To edit any work after
work order is completed…look up work order # click on EDIT for appropriate field then
once changes are made, click on UPDATE.

**Edgerton, Martha**

| | |
|---|---|
| **From:** | Jones, Jeff (Utilities) |
| **Sent:** | Thursday, June 06, 2013 8:34 AM |
| **To:** | Edgerton, Martha |
| **Cc:** | Urich, Steven |
| **Subject:** | Thanks! |

Martha,

I just wanted to say thanks for the extra effort in helping Charles while Debbie is on sick leave. I know it is a lot to keep track of and a lot to learn.

It's nice to know we have a real team player on staff and someone we can count on...

THANKS AGAIN!!!


*Jeffrey W. Jones*

*Superintendent of Utilities Maintenance*
*City of Plantation*
*400 N.W. 73 Avnue*
*Plantation,Fl. 33317*
*(954) 452-2573*
*(954) 452-2574  fax*
*jjones@plantation.org*

1

Beeper: Yes _____ No____

ADP Date: _____

## Field Maintenance Crew

## Absence Request Form

*Martha Edgerton*

Position / Crew: P/T Office Asst.

**Total Days:** 3 **and / or Total Hours:** _____

# L W O P

|  | Annual Leave | Sick Leave | Personal Day | Other (Family Sick / WC Jury Duty) |
|---|---|---|---|---|
| Monday | _____ | _____ | _____ | _____ |
| Tuesday | _____ | _____ | _____ | _____ |
| 7/17 — Wednesday | _____ | _____ | _____ | _____ |
| 7/18 — Thursday | _____ | _____ | _____ | _____ |
| 7/19 — Friday | _____ | _____ | _____ | _____ |

_____
Employee's Signature

Date: 7/10/13

_____
Supervisor's Signature

Date: 7/10/13

_____
Foreman's Signature

Date: _____

**P L E A S E   N O T E:** Previously scheduled and approved vacations are still subject to cancellation in the event of a Departmental Emergency such as an Extreme Weather Event.

**Edgerton, Martha**

| | |
|---|---|
| **From:** | Jones, Jeff (Utilities) |
| **Sent:** | Wednesday, June 26, 2013 3:54 PM |
| **To:** | Reyes, Ivette |
| **Cc:** | Urich, Steven; Edgerton, Martha |
| **Subject:** | RE: PGIS access for Martha Edgerton |

Thanks!

*Jeffrey W. Jones*

*Superintendent of Utilities Maintenance*
*City of Plantation*
*400 N.W. 73 Avnue*
*Plantation,Fl. 33317*
*(954) 452-2573*
*(954) 452-2574  fax*
*jjones@plantation.org*

---

**From:** Reyes, Ivette
**Sent:** Wednesday, June 26, 2013 9:58 AM
**To:** Jones, Jeff (Utilities)
**Cc:** Urich, Steven; Edgerton, Martha
**Subject:** RE: PGIS access for Martha Edgerton

Jeff:
How are you?  I have asked IT to add the icon.  Thanks for letting me know.

Ivette

**Ivette Reyes, GISP**
*GIS Manager*
Phone: (954) 797-2657
Email: IReyes@plantation.org

---

**From:** Jones, Jeff (Utilities)
**Sent:** Wednesday, June 26, 2013 9:16 AM
**To:** Reyes, Ivette
**Cc:** Urich, Steven; Edgerton, Martha
**Subject:** PGIS access for Martha Edgerton

Hi Ivette,

Would it be possible to provide the shortcut to the PGIS system to Martha so she will have access to our as-builts? If so please install the PGIS to her desktop.

Thanks,